■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HENRY BOLDEN, Appellant.—Judgment, Supreme Court, Bronx County (Fred W. Eggert, J.), rendered on or about August 3, 1989, unanimously reversed for the reasons stated in *People v Timmons* (175 AD2d 10 [decided herewith]). No opinion. Concur—Sullivan, J. P., Carro, Wallach and Rubin, JJ.

■ DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT OF THE CITY OF NEW YORK v MILL RIVER REALTY.—Motion for resettlement of this Court's order (169 AD2d 665) entered on January 31, 1991 granted, as indicated. Concur—Sullivan, J. P., Milonas, Rosenberger, Kupferman and Kassal, JJ.